1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9       FOR THE CENTRAL DISTRICT OF CALIFORNIA
10            October 2008 Grand Jury

FILED 2008 NOV 18 PM 2:59

CR 08 01358

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | CR No. 08- |
| 12 |     Plaintiff, | I N D I C T M E N T |
| 13 |   v. | [18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2): Possession of Child Pornography] |
| 14 | ANTHONY WALKER SOWELL, | |
| 15 |     Defendant. | |

17     The Grand Jury charges:

18         [18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2)]

19     On or about June 27, 2007, in San Bernardino County, within the Central District of California, defendant ANTHONY WALKER SOWELL ("SOWELL") knowingly possessed at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been produced using materials that were so shipped and transported by any means, including by computer, knowing that the images were child pornography.

28

JJL:vocs

Defendant SOWELL's possession of child pornography occurred subsequent to defendant SOWELL's conviction for at least one of the following crimes under Chapter 110 of the United States Code: (1) Mail or Transportation of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(1); (2) Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(5)(B); and (3) Reproduction of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(3), in the United States District Court for the Central District of California, Case Number CR 02-215-LGB, on or about December 11, 2003.

A TRUE BILL

/S/
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*[signature]*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section

DANIEL A. SAUNDERS
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section

JOHN J. LULEJIAN
Assistant United States Attorney
Violent and Organized Crime Section