O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANTHONY WALKER SOWELL, <br> Defendant. <br> _____ | CASE NO. CR08-01358-CAS <br><br> FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On May 23, 2016, June 28, 2016, and July 25, 2016, this matter came before the Court on Petition on Probation and Supervised Release originally filed on April 18, 2016. Government counsel, Max Shiner, the defendant and his appointed CJA attorney, Anthony Solis, were present. The U.S. Probation Officer, Sue Miracle, was also present.

The Court questioned the defendant regarding the Petition on Probation and Supervised Release originally filed on April 18, 2016. The allegations were read to the defendant. The defendant was questioned by the Court and advised of his Constitutional Rights. The defendant admitted violation of his supervised release as stated in the petition filed April 18, 2016, with the correction on the record that defendant's email is asowell2971@yahoo.com. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on March 28, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of

the Bureau of Prisons for a term of TIME SERVED ( Release No. D9206).  Upon release from imprisonment, defendant shall be released to a Representative of the Residential Reentry Center, only.  Defendant shall be placed on supervised release for a period of ten (10) years, under the same terms and conditions previously imposed, with the added condition, as follows:

- The defendant shall reside for a period of eight (8) months in a Residential Reentry Center (RRC) (community corrections component), as directed by the Probation Officer, and shall observe the rules and regulations of that facility.  The Court recommends that defendant be placed at Orion RRC in Van Nuys, if the facility is available for defendant's placement by the Probation Office;
- The defendant shall participate for a period of 365 days in the Location Monitoring Program, and will be monitored via GPS.  He shall participate in the tracking portion of the program; there will be no schedule restrictions.  He will be required to submit to routine inspections of the monitoring equipment and be required to charge the GPS Tracker twice per day; and
- The defendant shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation, unless the Probation Officer determines he is unable to pay.  He shall provide payment and proof of payment as directed by the Probation Officer.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   July 26, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk

2